IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EDDIE CLARENCE BOYD,**  Plaintiff,  v.  Warden **SHEILA OUBRE,** *et al.*  Defendants. | CIVIL ACTION NO. 5:13-CV-269 (MTT) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 5). The Magistrate Judge, having reviewed the Plaintiff's Complaint (Doc. 1) pursuant to 28 U.S.C. § 1915A(a), recommends dismissing Warden Sheila Oubre as a Defendant because the Plaintiff does not allege any facts in the Complaint pertaining to Oubre and simply attached a grievance she denied to his Complaint. The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Accordingly, any claims against Warden Sheila Oubre are **DISMISSED without prejudice**. The claims against the other Defendants shall remain pending.

**SO ORDERED**, this the 19th day of November, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT